# No. 25-3765

# In the United States Court of Appeals
FOR THE SIXTH CIRCUIT

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,
on behalf of Itself and All Others Similarly Situated

*Plaintiff - Appellant*

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, aka Freddie Mac;
RICHARD F. SYRON; ANTHONY S. PISZEL; EUGENE M. MCQUADE

*Defendants - Appellees*

On Appeal from the United States District Court for the Northern District of Ohio
No. 4:08-cv-00160, The Honorable Benita Y. Pearson

**MOTION TO EXTEND TIME TO FILE BRIEFING**

Frank Robert Volpe
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Suite 600
Washington, D.C. 20005

*Counsel for Richard F. Syron*

James K. Goldfarb
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10036
(212) 489-4230

*Counsel for Anthony Piszel*

Michael S. Doluisio
Andrew J. Levander
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2325

*Counsel for Eugene M. McQuade*

1106540801\2\AMERICAS

Joseph C. Weinstein
Steven A. Delchin
SQUIRE PATTON BOGGS LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8500

*Counsel for Anthony Piszel and Eugene M. McQuade*

Under Rule 27 of the Federal Rules of Appellate Procedure, Appellees Richard F. Syron, Anthony S. Piszel, and Eugene M. McQuade ("Individual Appellees") submit this motion to extend the time to file their briefs in opposition to the opening brief filed by Appellant Ohio Public Employees Retirement System ("OPERS"), to and including February 17, 2026. In support hereof, Individual Appellees state as follows:

1. This appeal arises from a putative securities class action. After many years of litigation and extensive discovery, the district court ultimately—after denying OPERS's motion for class certification—granted summary judgment in favor of Federal Home Loan Mortgage Corporation ("Freddie Mac") and the Individual Appellees, former Freddie Mac officers. *Ohio Pub. Emps. Ret. Sys. v. Fed. Home Loan Mortg. Corp.*, No. 4:08CV0160, 2025 WL 2494544, at *1 (N.D. Ohio Aug. 29, 2025).

2. On November 18, 2025, OPERS filed its opening brief. ECF No. 24.

3. Under the operative briefing schedule, all Appellees' response briefs were due today, February 2, 2026. ECF 29.

4. On January 26, 2026, Freddie Mac filed a motion for leave to file an overlarge brief. ECF 30.

1

5. Today, the Court denied Freddie Mac's motion but afforded it an additional 14 days to file a brief in light of that ruling. ECF 34.[1] In a subsequent order, the Court confirmed that Freddie Mac's brief is due February 17, 2026; and it added that OPERS's reply brief is due no later than 21 days after the last appellee brief is filed.

5. Individual Appellees seek to extend their own deadline to file by an additional 14 days as well (so, no later than February 17). Individual Appellees maintain that this extension is warranted for at least two reasons.

6. *First*, Individual Appellees and Freddie Mac have coordinated their briefing efforts. As a result, pursuant to Federal Rule of Appellate Procedure 28(i), Individual Appellees' briefs incorporate by reference and repeatedly refer to Freddie Mac's brief. In light of the Court's ruling, Freddie Mac's brief must be rewritten to conform to the Court's word limit. If this motion is denied, the Individual Defendants will have to choose between incorporating by reference a brief that will not be filed for two more weeks, or not incorporating and scrambling to patch before their deadline expires this evening.

---

[1] The Court reset the filing deadline to February 17. That is 15 days from today, not 14 days. But we assume the Court did that because February 16 is a legal holiday, Washington's Birthday (celebrated as President's Day). *See* Fed. R. App. P 26.1(a)(6)(A); *see also id.*, Rule 26(a)(1)(B).

2
1106540801\2\AMERICAS

7. *Second*, without an extension, OPERS will receive a windfall of time to preview Freddie Mac's arguments in Individual Appellees' earlier filed brief.

8. Individual Appellees do not seek an extension of time for any improper purpose.

9. Counsel for Mr. Piszel conferred with Counsel for OPERS. Counsel for OPERS takes no position on the motion.

For these reasons, Individual Appellees respectfully request that the Court grant this motion and permit them an additional 14 days to file their appellee briefs to align with Freddie Mac's new due date.

February 2, 2026

*s/ Steven. A. Delchin*
Steven A. Delchin
Joseph C. Weinstein
SQUIRE PATTON BOGGS LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8500

*Counsel for Appellees Anthony S. Piszel and Eugene M. McQuade*

Frank Robert Volpe
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Suite 600
Washington, D.C. 20005
(202) 736-8366

*Counsel for Richard F. Syron*

# CERTIFICATE OF SERVICE

I certify that, on the date listed below, the foregoing document was filed electronically with the Court using the CM/ECF system, providing service of this filing on all counsel of record.

| | |
|---|---|
| February 2, 2026 | *s/ Steven A. Delchin* |